UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2021
JULY 6, 2022 SESSION



UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:22-cr-135

                                18 U.S.C. § 922(d)(1)
                                18 U.S.C. § 922(g)(3)
                                18 U.S.C. § 924(a)(1)
                                18 U.S.C. § 924(a)(2)

MELANIE CLODFELTER

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about November 17, 2021, at or near Birch River, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant MELANIE CLODFELTER acquired a Radical Firearms, model RF-15, multi-caliber rifle, from WV Wild Outdoors LLC, a licensed dealer of firearms, in connection with the acquisition of the aforeseaid firearm, defendant MELANIE CLODFELTER did knowingly make a false and fictitious oral and written statement by certifying that she was the transferee of the

firearm, when in fact, as defendant MELANIE CLODFELTER there and then well knew, she was not the true transferee of the firearm.

In violation of Title 18, United States Code, Section 924(a)(1).

COUNT TWO

On or about November 17, 2021, at or near Birch River, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant MELANIE CLODFELTER did knowingly sell or otherwise dispose of to "R.H." a firearm, to-wit, a Radical Firearms, model RF-15, multi-caliber rifle, knowing or having reasonable cause to believe that "R.H." had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

COUNT THREE

1. On or about November 17, 2021, at or near Birch River, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant MELANIE CLODFELTER knowingly possessed a loaded Radical Firearm, model RF-15, multi-caliber rifle, in and affecting interstate commerce.

2. At the time defendant MELANIE CLODFELTER possessed the aforesaid firearm, she knew she was an unlawful user of and addicted to controlled substances, specifically, methamphetamine and marijuana as defined in 21 U.S.C. § 802.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

WILLIAM S. THOMPSON
United States Attorney

By: _____
L. ALEXANDER HAMNER
Assistant United States Attorney